UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 2:17-mj-46
    HON. TIMOTHY P. GREELEY

JOSE ANTONIO LOPEZ-RAMOS,

    Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on December 27, 2017, for an initial appearance on a criminal complaint charging defendant with Reentry of a Removed Alien. The Court was advised by pretrial services that there is a detainer lodged for this defendant making him ineligible for release on bond; the government agreed. Defense counsel advised that this case would be appropriate for expedited resolution.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated: December 27, 2017